**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 92 MAL 2017

              Respondent               :

                                        :    Petition for Allowance of Appeal from
                                        :    the Order of the Superior Court
             v.                           :

                                        :

JOHN VINCENT KENNEDY,              :

              Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.